UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAY MARSH,<br>                Plaintiff,<br><br>       v.<br><br>JANET NAPOLITANO, Secretary, United States Department of Homeland Security,<br><br>                Defendant. | No. 11-CV-3734-LB<br><br>Magistrate Judge Laurel Beeler<br><br>[PROPOSED] ORDER |

### ORDER

PURSUANT TO THE PARTIES' STIPULATION TO EXTEND TIME TO ANSWER, DEFENDANT'S NEW RESPONSIVE PLEADING DUE DATE IS NOVEMBER 2, 2011.

IT IS SO ORDERED.

Date: October 20, 2011

_____
Hon. LAUREL BEELER
United States Magistrate Judge

Order
11-CV-03734