UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| Jay MARSH, | ) | No. 3:11-cv-3734 |
| Plaintiff, | ) | |
| v. | ) | |
| Janet NAPOLITANO, Secretary, | ) | |
| Defendant. | ) | |

### [~~PROPOSED~~] ORDER

After considering the parties' stipulated motion to file under seal the Certified Administrative Record in this case, this Court GRANTS such motion.

IT IS SO ORDERED.

July _9_, 2012

_____
The Honorable Laurel Beeler
U.S. Magistrate Judge

1