DANIEL RAY BACON, ESQUIRE, SB# 103866
LAW OFFICES OF DANIEL RAY BACON
234 Van Ness Avenue
San Francisco, California 94102-4515
Telephone: (415) 864-0907
Facsimile: (415) 864-0989
email: bacondr@aol.com

JOSEPH C. HOHENSTEIN, ESQUIRE, PA STATE BAR #69226
ORLOW, KAPLAN & HOHENSTEIN, LLP
ATTORNEYS AT LAW
620 Chestnut Street, Suite 656
Philadelphia, Pennsylvania 19106
Telephone: (215) 922-1183
Facsimile: (215) 922-0516
email: jhohenstein@orlow.com
Pro Hac Vice

Attorneys for Plaintiff
JAY MARSH

E-filing

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAY MARSH,<br><br>    Plaintiff,<br><br>vs.<br><br>JANET NAPOLITANO, SECRETARY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>    Defendant. | CASE NO.: CV 3:11-3734 LB<br><br>~~PROPOSED~~ ORDER FOR AMENDED BRIEFING SCHEDULE FOR HEARING OF PLAINTIFF JAY MARSH'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION OF ISSUES AND DEFENDANT'S CROSS MOTION FOR SUMMARY JUDGMENT.<br><br>F.R.C.P. Rule 56 (amended 2010)<br><br>Date:      September 6, 2012<br>Time:      11 a.m.<br>Court:     Courtroom C, 15th Flr.<br>Judge:     Hon. Laurel Beeler<br>Trial Date: None |

After considering the parties stipulation for amended briefing schedule for hearing of the parties' motions for summary judgment pursuant to the Order of this Court [ECF 38] and the requests made therein, the Court GRANTS such requests and Orders as follows::

1. September 6, 2012 at 11:00 a.m. in Courtroom C, the Honorable Laurel Beeler, shall be the new hearing date for hearing both Plaintiff's Motion for Summary Judgment or in the alternative Summary Adjudication of Issues and Defendant's Cross-Motion for Summary Judgment.  Defendant does not need to refile its Cross-Motion for Summary Judgment and adequate notice has been provided to the Plaintiff for hearing Defendant's Cross Motion for Summary Judgment on September on September 6, 2012.

2. Plaintiff shall: (a) re-submit his Memorandum of Points and Authorities in a new brief with the only change to the new brief being the addition of citations to the Certified Administrative Record with no change of content and said filing shall replace the previous filing [ECF 21]; (b) file his Reply to Defendant's Response to Plaintiff's Motion for Summary Judgment and file his Opposition to Defendant's Cross-Motion for Summary Judgment in one document and all said documents shall be filed by Plaintiff on August 2, 2012 pursuant to Local Rule 7-2.

3. Defendant shall file its Reply to Plaintiff's Opposition to Defendant's Cross-Motion for Summary Judgment pursuant to Local Rule 7-3, e.g., on August 9, 2012.

4. The parties shall file a Joint Statement of Undisputed Facts for both Motions for Summary Judgment on August 2, 2012.

IT IS SO ORDERED.

July 17, 2012

_____
THE HONORABLE LAUREL BEELER
U.S. MAGISTRATE JUDGE